

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, *ex rel., et al.*, Azam Rahimi, | ) ) ) ) ) ) ) |
| v. | Case No: 13 C 4146 |
| Medco Health Solutions, Inc., | Chief Judge Ruben Castillo |

### ORDER

Relator-Plaintiff's agreed voluntary motion to dismiss without prejudice is granted. This case is hereby dismissed without prejudice. The Clerk of Court is directed to unseal the case file.


Date:   July 29, 2015              `        /s/ Chief Judge Ruben Castillo

2015 JUL 29 PM 4:30